# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of June, two thousand twenty-six.

_____

In Re: Kartoon Studios, Inc.,
              Petitioner,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Kartoon Studios, Inc.,

              Petitioner,

   v.

Todd Augenbaum, Anson Investments Master Fund LP, Brio Capital Master Fund Ltd., Brio Select Opportunities Fund, LP, CVI Investments, Inc., Empery Asset Master, Ltd., Empery Debt Opportunity Fund, LP, Empery Tax Efficient, LP, Iroquois Master Fund Ltd., Iroquois Capital Investment Group, LLC, L1 Capital Global Opportunities Master Fund, M3A LP, Richard Molinsky, Empery Asset Management, LP,

              Respondents.

_____

**ORDER**

Docket No. 26-1569

Petitioner moves to withdraw this petition for writ of mandamus.

IT IS HEREBY ORDERED that the unopposed motion to withdraw is GRANTED. The petition for a writ of mandamus is deemed WITHDRAWN.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court